UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE RICE, as personal representative
of the Estate of Bonny Rice,

       Plaintiff,

v.

MUSIC ROYALTY CONSULTING, INC.,
and LAURA BUTLER a/k/a Laura Rice,

       Defendants.
_____/

Case No. 18-13517

Honorable Nancy G. Edmunds

## JUDGMENT

Pursuant to the court's June 19, 2019 order, IT IS HEREBY ORDERED that Defendant MRCI's motion to dismiss are GRANTED. In addition, Plaintiff's state law claims against Defendant Laura Rice are DISMISSED without prejudice for lack of subject matter jurisdiction.

Dated: June 19, 2019

                                DAVID WEAVER
                                Clerk, U.S. District Court

                                By: s/ Lisa Bartlett
                                Case Manager

Approved:

s/ Nancy G. Edmunds
United States District Judge